United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY NAROG, | No. C-13-03237 DMR |
| Plaintiff(s), | **ORDER TO LODGE DOCUMENTS FOR IN CAMERA REVIEW** |
| v. | |
| CITY OF REDWOOD CITY, | |
| Defendant(s). | |

    Before the court is a joint discovery letter filed by Plaintiff Cory Narog and a third party, the law firm of Hayes, Scott, Bonino, Ellingson & McLay, LLP ("Hayes Scott"). [Docket No. 21.] Hayes Scott is ordered to lodge (1) unredacted copies of the disputed documents (NAROG 35-40, 42, 44-52, 53-78, 79-80, 93) for in camera review, (2) the privilege log, and (3) the subpoena on Hayes Scott. These documents shall be presented in a binder with tabs separating the documents. If a document was previously produced with redactions, redactions shall be indicated with highlighting on the document. The above shall be lodged by **January 30, 2014.**

    IT IS SO ORDERED.

Dated: January 27, 2014

DONNA M. RYU
United States Magistrate Judge