UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY NAROG,<br><br>        Plaintiff(s),<br><br>    v.<br><br>CITY OF REDWOOD CITY,<br><br>        Defendant(s).<br>_____/ | No. C-13-03237 DMR<br><br>**ORDER TO LODGE DOCUMENTS FOR IN CAMERA REVIEW** |

The court is in receipt of a joint discovery letter filed by Plaintiff Cory Narog and a third party, the law firm of Hartnett, Smith & Paetkau ("HSP"). [Docket No. 27.] HSP is ordered to lodge (1) unredacted copies of the disputed documents **(**Hartnett 539-40, 541-61, 573-74**)** for in camera review, (2) the privilege log, and (3) the subpoena on HSP.  These documents shall be presented in a binder with tabs separating the documents.  The above shall be lodged by **February 10, 2014.**

IT IS SO ORDERED.

Dated: February 7, 2014

_____
DONNA M. RYU
United States Magistrate Judge