JIVAKA CANDAPPA (SBN 225919)
739 East Walnut Street, Suite 204
Pasadena, CA 91101
Telephone: (626) 345-5334
jcandappa@att.net
Attorney for Plaintiff CORY NAROG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY NAROG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF REDWOOD CITY, OFFICER FIGUEROA (#387), OFFICER FALJEAN (#309), OFFICER GARY, DOE 1 through DOE 40, in their official and individual capacities,<br><br>　　　　Defendants. | Case No. C13-3237 DMR<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARINGS ON JOINT DISCOVERY LETTERS, DOCKET NOS. 21 AND 27**<br><br>Judge: Hon. Donna M. Ryu<br>Location: 1301 Clay Street, Oakland, CA<br>Courtroom: 4, 3rd Floor,<br><br>Complaint Filed: July 12, 2013 |

　　IT IS HEREBY STIPULATED AND AGREED by the parties to this action, through their respective counsel of record, and the third parties involved in the discovery disputes before this Court as follows:

　　WHEREAS this civil rights action is currently pending in the above entitled Court;

　　WHEREAS on February 5, 2014, this Court continued the hearing on the discovery dispute pertaining to Plaintiff's records subpoena to Hayes Scott *et al*. (Docket No. 21) to February 27, 2014, at 11:00 a.m.;

---

1  WHEREAS on February 5, 2014, this Court set the hearing on the discovery dispute
2  pertaining to Plaintiff's records subpoena to Hartnett Smith & Paetkau (Docket No. 27) to
3  February 27, 2014, at 11:00 a.m.;

4  WHEREAS the Early Neutral Evaluation ("ENE") in the subject case is also set for
5  February 27, 2014, starting at 9:30 a.m., in the federal building in San Francisco, located at 450
6  Golden Gate Avenue;

7  WHEREAS the date for the ENE in the subject case was set in December of 2013 and
8  rescheduling the ENE at this juncture would not be feasible;

9  WHEREAS the involved parties have conferred and agreed on a new date;

10  WHEREFORE the signatories to this stipulation hereby respectfully request the Court to
11  continue the hearings on the Joint Discovery Letters, Docket No. 21 and Docket No. 27, to
12  March 13, 2014, at 11:00 a.m.

13  **IT IS SO STIPULATED**.

LAW OFFICE OF JIVAKA CANDAPPA
/s/ Jivaka Candappa
DATED: February 11, 2014   By: _____
Jivaka Candappa, Attorney for Plaintiff

HOWARD ROME MARTIN & RIDLEY, LLP
/s/ Melissa Holmes
DATED: February 11, 2014   By: _____
Joseph C. Howard, Jr.
Todd H. Master
Melissa Holmes
Attorneys for Defendants

HAYES, SCOTT, BONINO, ELLINGSON & MCLAY, LLP
/s/ Dara Tang
DATED: February 11, 2014   By: _____
Stephen A. Scott
Dara M. Tang

HARTNETT, SMITH & PAETKAU, LLP
/s/ Jay Withee
DATED: February 11, 2014   By: _____
James Hartnett
Jay Withee

**Stipulation and [Proposed] Order**           *Cory Narog vs. City of Redwood City et al.*
**To Continue Hearings on Joint**                                    **C 13-3237 DMR**
**Discovery Letters**                          -2-

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED THAT:

the hearing on the Joint Discovery Letters, Docket Nos. 21 and 27, shall be continued to March 13, 2014, at 11:00 a.m. at the U.S. District Court, 1301 Clay Street, Oakland, CA 94612.

**IT IS SO ORDERED.**

Dated: February 11, 2014

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

**Stipulation and [Proposed] Order**            *Cory Narog vs. City of Redwood City et al.*
**To Continue Hearings on Joint**                               **C 13-3237 DMR**
**Discovery Letters**                                  -3-