UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CORY NAROG,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF REDWOOD CITY, et al.,<br><br>        Defendant.<br>_____/ | No. C 13-3237 DMR<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date:      February 27, 2014<br>Evaluator:  Patrick Robbins |

    IT IS HEREBY ORDERED that the request to excuse defendant Officer John Paul Gary from appearing in person at the February 27, 2014, ENE before Patrick Robbins is GRANTED. Officer Gary shall be available at all times to participate telephonically in the ENE in accordance with ADR L.R. 5-10(f).

    IT IS SO ORDERED.

February 25, 2014      By: _____
Dated                                    Maria-Elena James
                                           United States Magistrate Judge