**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11    CORY NAROG,                                 No. C-13-03237 DMR

12              Plaintiff(s),                      **ORDER FOR SUPPLEMENTAL
                                                   BRIEFING RE: JOINT DISCOVERY
13        v.                                       LETTER [33]**

14    CITY OF REDWOOD CITY,

15              Defendant(s).
      _____/
16

17
            Before the court is a joint discovery letter filed by Plaintiff Cory Narog and Defendant City
18
      of Redwood City.  [Docket No. 33.]
19
            In the letter, Plaintiff seeks to compel the production of certain documents which Redwood
20
      City asserts is protected by the attorney client privilege and/or the work product doctrine.  Redwood
21
      City shall lodge the following documents for *in camera* review by **April 3, 2014**: RC 459, 564, 565-
22
      568, 672, 673-92.  The documents shall be presented in a binder with tabs separating the documents.
23
      The court may order further briefing following its review.
24
            Plaintiff also moves to compel the production of certain documents which Redwood City
25
      asserts is protected by the official information privilege (RC 501-03, 516, 517, 570, 572).  Redwood
26
      City requests that this court conduct an *in camera* review of these documents to determine whether
27
      the privilege applies.  *In camera* review is inappropriate at this stage.  *See Kelly v. City of San Jose*,
28

114 F.R.D. 653 (N.D. Cal. 1987) (requiring threshold showing via declaration or affidavit from official for assertions of official information privilege).  If Redwood City continues to assert this privilege, it must file a declaration or affidavit as required by *Kelly* by **April 3, 2014**.

IT IS SO ORDERED.

Dated:  March 29, 2014



DONNA M. RYU
United States Magistrate Judge