United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY NAROG, | No. C-13-03237 DMR |
| Plaintiff(s), | **ORDER FOR REDWOOD CITY TO BRING DOCUMENTS TO HEARING** |
| v. | |
| CITY OF REDWOOD CITY, | |
| Defendant(s). | |

Before the court is a joint discovery letter filed by Plaintiff Cory Narog and Defendant City of Redwood City. [Docket No. 33.] Redwood City is ordered to bring documents bates labeled RC 501-03, 516, 517, 570, 572 to the hearing, which remains scheduled for April 10, 2014 at 11:00 a.m.

IT IS SO ORDERED.

Dated: April 9, 2014

_____
DONNA M. RYU
United States Magistrate Judge