UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY NAROG, | No. C-13-3237 DMR |
| Plaintiff(s), | **ORDER RE PROPOSED PROTECTIVE ORDER** |
| v. | |
| CITY OF REDWOOD CITY, et al. | |
| Defendant(s). | |

Before the court is the parties' stipulated proposed Protective Order. [Docket No. 45.] The parties are ordered to revise the proposed Protective Order to comply with the procedures in this court's Standing Order re Discovery, including by modifying Section 6 to track the procedures in the Standing Order, by no later than **April 25, 2014**.

IT IS SO ORDERED.

Dated: April 18, 2014

DONNA M. RYU
United States Magistrate Judge