UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORY NAROG,　　　　　　　　　　　　　　No. C-13-03237 (DMR)

　　　　　Plaintiff(s),　　　　　　　　　　　　**ORDER**

　　v.

CITY OF REDWOOD CITY,

　　　　　Defendant(s).
_____/

　　　The court is in receipt of the parties' joint letter addressing their discovery disputes, filed on April 10, 2014. [Docket No. 43.] Because the joint letter is not properly categorized on the docket as a motion, the parties are hereby ordered to refile the joint letter on the court's ECF system under the Civil Events category of Motions and Related Filings > Motions - General > "Discovery Letter Brief," within three days of the date of this order.

　　　IT IS SO ORDERED.

Dated: April 18, 2014

_____
DONNA M. RYU
United States Magistrate Judge