United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORY NAROG,

        Plaintiff(s),

    v.

CITY OF REDWOOD CITY,

        Defendant(s).
_____/

No. C-13-03237 DMR

**ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [DOCKET NO. 57]**

    Plaintiff filed a motion for leave to file a second amended complaint on April 18, 2014. [Docket No. 52.] Pursuant to this court's rules, any opposition was due by May 2, 2014. Civil L.R. 7-3(a). On May 8, 2014, having not yet filed an opposition to the motion, Defendants moved the court to enlarge the time for Defendants to oppose Plaintiff's motion, stating that Defendants had missed the deadline due to clerical error.[1] [Docket No. 57.] Plaintiff's opposition, if any, to Defendants' motion to enlarge time was due on May 12, 2014. Civ. L.R. 7-11. To date, Plaintiff has not opposed Defendants' motion.

    Accordingly, Defendants' motion to enlarge time to file an opposition to Plaintiff's motion is **granted**. Plaintiff shall file a reply to Defendants' opposition, if any, by **May 19, 2014.** The hearing on the motion, originally scheduled for June 5, 2014, is continued to **June 26, 2014 at 11:00**

---

[1] Defendants filed their opposition to Plaintiff's motion on May 12, 2014. [Docket No. 58.]

**a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

IT IS SO ORDERED.

Dated: May 14, 2014

DONNA M. RYU
United States Magistrate Judge