**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11    CORY NAROG,                              No. C-13-03237 DMR

12              Plaintiff(s),                  **ORDER TAKING PLAINTIFF'S
                                               MOTION FOR LEAVE TO FILE**
13         v.                                  **SECOND AMENDED COMPLAINT
                                               [DOCKET NO. 52] UNDER**
14    CITY OF REDWOOD CITY,                     **SUBMISSION WITHOUT ORAL
                                               ARGUMENT**
15              Defendant(s).
      _____/
16

17    TO ALL PARTIES AND COUNSEL OF RECORD:

18          Before the court is a motion by Plaintiff for leave to file a Second Amended Complaint.

19    [Docket No. 52.]  The court finds that the matter is appropriate for resolution without oral argument

20    pursuant to Civil Local Rule 7-1(b).  Accordingly, the June 26, 2014 hearing on the motion is hereby

21    **VACATED**.  The court will issue a written order on the motion.

22

23          IT IS SO ORDERED.

24

25    Dated:  June 4, 2014

26                                             _____
                                               DONNA M. RYU
27                                             United States Magistrate Judge

28