JIVAKA CANDAPPA (SBN 225919)
739 East Walnut Street, Suite 204
Pasadena, CA 91101
Telephone: (626) 345-5334
jcandappa@candappalaw.com
Attorney for Plaintiff CORY NAROG


JOSEPH C. HOWARD, JR. (SBN 050784)
jhoward@hrmrlaw.com
TODD H. MASTER (SBN 185881)
tmaster@hrmrlaw.com
MELISSA HOLMES (SBN 220961)
mholmes@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA  94061
Telephone:     (650) 365-7715
Facsimile:     (650) 364-529
Attorneys for Defendants CITY OF REDWOOD CITY, KENNETH FALJEAN, JOHN PAUL GARY, VICTOR F. FIGUEROA, and ASHLEY OSBORNE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY NAROG,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF REDWOOD CITY, OFFICER VICTOR FIGUEROA (#387), OFFICER KENNETH FALJEAN (#309), OFFICER JEAN PAUL GARY (#288), SERGEANT ASHLEY OSBORNE (#370), DOE 2 through DOE 40, in their official and individual capacities,<br><br>  Defendants. | Case No. C13-3237 DMR<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE DEADLINE TO FILE JOINT LETTER BRIEFS TO COMPEL, IF NECESSARY**<br><br>Judge: Hon. Donna M. Ryu<br>Location: 1301 Clay Street, Oakland, CA<br>Courtroom: 4, 3rd Floor,<br>Trial Date: January 26, 2015 |

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE DEADLINE TO FILE JOINT LETTER BRIEFS TO COMPEL, IF NECESSARY.         *NAROG V. CITY OF REDWOOD CITY ET AL.* CASE NO. C13-3237 DMR

-1-

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

Discovery closed on September 16, 2014, and pursuant to the relevant local rule of court the current deadline to file discovery motions is September 23, 2014. Plaintiff and Defendants are meeting and conferring regarding: Plaintiff's responses to Defendants' written discovery; Plaintiff's responses to the request for production of documents served with his deposition notice, and Defendants' responses to Plaintiff's request for production of documents. The parties respectfully request an extension of the deadline to file joint letter briefs in connection with the disputed discovery to September 30, 2014.

There is good cause for the extension because the responses at issue were only recently received by counsel for the respective parties. The parties are attempting to meet and confer in an effort to narrow the issues and to resolve the matter informally without this Court's intervention. The five court-day extension will not have any effect on the upcoming court deadlines or the trial date.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

LAW OFFICE OF JIVAKA CANDAPPA

DATED: September 22, 2014    By: _____/s/_____
                                 Jivaka Candappa, Attorney for Plaintiff

HOWARD ROME MARTIN & RIDLEY, LLP

DATED: September 22, 2014    By: _____/s/_____
                                 Joseph C. Howard, Jr.
                                 Todd H. Master
                                 Melissa M. Holmes
                                 Attorneys for Defendants

//
//
//
//

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:

the deadline for bringing joint letter briefs to compel is extended from September 23, 2014 to September 30, 2014. The parties are cautioned that the court will not be hearing motions to compel on shortened time based on the imminent deadline for filing dispositive motions.

**IT IS SO ORDERED.**

Dated: September 22, 2014

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER                *NAROG V. CITY OF REDWOOD CITY ET AL.*
EXTENDING THE DEADLINE TO FILE JOINT             CASE NO. C13-3237 DMR
LETTER BRIEFS TO COMPEL, IF NECESSARY.      -3-