# HOWARD ROME MARTIN & RIDLEY LLP

**ATTORNEYS AT LAW**

1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061-3436
TELEPHONE (650) 365-7715
FACSIMILE (650) 364-5297

SOUTHERN CALIFORNIA
LOS ANGELES OFFICE
T:  (213) 223-2279

Henry D. Rome
Glenn D. Martin§
Shawn M. Ridley
Todd H. Master
Vanthara Meak‡
Jane B. Yee
Trina M. Clayton
Ryan Kujawski
Melissa M. Holmes
Lisa K. Rauch
Rodrigo E. Salas

Of Counsel:
Joseph C. Howard, Jr.
Eric D. Bergstrom

‡ Also Licensed in Missouri

November 24, 2014

**VIA EFILING**

Magistrate Judge Laurel Beeler
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

   Re: *Narog v. City of Redwood City, et al.*
     Case No.: C13-3237 DMR
     Request to Excuse Defendant Officers from
     December 8, 2014 Settlement Conference

Dear Judge Beeler:

  Pursuant to your Notice and Order re Settlement Conference, the City of Redwood City respectfully requests that the four defendant officers be excused from attending the December 8, 2014 Settlement Conference and be available by telephone.  The officers' attendance is not necessary because they do not have decision-making authority regarding settlement.  One of the officers is retired and lives in Alabama.  Moreover, it would be a burden for the City to have three of its officers take the day off to attend the conference.

  Plaintiff has filed suit against the City of Redwood City and four of its police officers alleging civil rights violations in connection with his arrest for filing a false police report which resulted in him being incarcerated for two days.  The amount in controversy in this action would involve Plaintiff's damages for the arrest and incarceration, emotional distress and attorneys' fees.  Defendants intend to file a motion to recover their fees after they prevail at trial.

  The individually-named officers have all provided deposition testimony and their presence at the conference is not necessary to resolve the case.  This is a frivolous lawsuit and a City representative with decision-making authority will be present. There is no need for any of the officers to attend as any decisions will be made by the City.

  Officer Gary is retired and resides in Alabama. It would result in an extraordinary and unjustifiable hardship to require him to travel to California for the Settlement Conference.  It would also result in a financial hardship and affect the operations of the Redwood City Police Department if three of its officers took the day off to attend the Settlement Conference.   The officers will be available by phone.

//

**HOWARD ROME MARTIN & RIDLEY LLP**

ATTORNEYS AT LAW

Magistrate Judge Laurel Beeler
Re: *Narog v. Redwood City:*
*Request to Excuse Officers from*
*Settlement Conference*
November 24, 2014
Page 2

The City respectfully requests that the Court grant their request to excuse the four individual officers from attending the Settlement Conference.

Respectfully submitted,

/s/ Melissa M. Holmes

Todd H. Master
Melissa M. Holmes
Attorney for Defendants

MMH/

```
Request is DENIED - only Officer Gary is Excused from the conference.

Dated: December 4, 2014
```

