

# JIVAKA CANDAPPA
### ATTORNEY AT LAW

739 East Walnut Street, Suite 204
Pasadena, CA 91101

T  626 345 5334
jcandappa@candappalaw.com

November 25, 2014

Hon. Laurel Beeler, U.S. Magistrate
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom C - 15th Floor
San Francisco, CA 94102

      Re.    *Coy Narog v. City of Redwood City et al.,*
            Case No: C13-3237 DMR (LB)
            Defendants' Attendance at Settlement Conference

Your Honor:

      I am writing in response to Defendants' request to excuse their attendance at the settlement conference of December 8, 2014.  Plaintiff does not oppose excusing Officer Gary from attending the settlement conference as he lives in Alabama.  However, the other named officers should be required to attend pursuant to the Court's protocol pertaining to settlement conferences.

Respectfully submitted,
/s/ Jivaka Candappa
Jivaka Candappa
Attorney for Plaintiff Cory Narog

   Dated: December 4, 2014

