JIVAKA CANDAPPA (SBN 225919)
739 East Walnut Street, Suite 204
Pasadena, CA 91101
Telephone: (626) 345-5334
jcandappa@candappalaw.com
Attorney for Plaintiff CORY NAROG

JOSEPH C. HOWARD, JR. [SBN. 050784]
jhoward@hrmrlaw.com
TODD H. MASTER [SBN. 185881]
tmaster@hrmrlaw.com
MELISSA HOLMES (SBN 220961)
mholmes@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA  94061
Telephone:    (650) 365-7715
Facsimile:     (650) 364-5297
Attorneys for Defendants
CITY OF REDWOOD CITY, KENNETH FALJEAN,
JOHN PAUL GARY, VICTOR F. FIGUEROA,
ASHLEY OSBORNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| CORY NAROG,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF REDWOOD CITY, et al.,<br><br>             Defendants. | Case No. C 13-3237 DMR<br><br>**STIPULATION AND ~~PROPOSED~~ SCHEDULING ORDER** |

Plaintiff CORY NAROG and Defendants CITY OF REDWOOD CITY, KENNETH FALJEAN, JOHN PAUL GARY, VICTOR F. FIGUEROA, and ASHLEY OSBORNE, by and through their respective counsel of record, hereby stipulate and request that the Court vacate the January 26, 2015 trial date and upcoming pretrial deadlines, and

adopt the proposed scheduling order.

The parties are participating in ongoing settlement negotiations and cannot complete them due to scheduling considerations before the pretrial filing deadlines. They are able to schedule a settlement conference with Judge Beeler in January, 2015. Under the circumstances, the parties ask the Court to vacate the trial date and set the following deadlines:

| | |
|---|---|
| Trial: | May 4, 2015; |
| Pretrial Conference: | April 22, 2015; at 3:30 p.m. |
| Filing deadlines in section 5(c) of 10/9/13 | |
| Case Management and Pretrial Order for Jury Trial: | March 20, 2015; and |
| Filing deadlines in section 5(d) of 10/9/13 | |
| Case Management and Pretrial Order for Jury Trial: | April 13, 2015. |

All other dates are unaffected. The court will convene a further Case Management Conference on March 11, 2015 at 1:30 p.m. An updated joint Case Management Conference statement is due on March 4, 2015.

HOWARD ROME MARTIN & RIDLEY LLP

Dated: December 11, 2014        By: /s/ Melissa M. Holmes
                                CITY OF REDWOOD CITY,
                                KENNETH FALJEAN, JOHN PAUL
                                GARY, VICTOR F. FIGUEROA, and
                                ASHLEY OSBORNE

Dated: December 11, 2014        By: /s/ Jivaka Candappa
                                Jivaka Candappa
                                Attorney for Plaintiff
                                CORY NAROG

**IT IS SO ORDERED.**

Dated: December 11, 2014

HON. DONNA M. RYU
United States Magistrate Judge

2

STIPULATION AND PROPOSED SCHEDULING ORDER        Case No. C 13-3237 DMR