# HOWARD ROME MARTIN & RIDLEY LLP

**ATTORNEYS AT LAW**

1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061-3436
TELEPHONE (650) 365-7715
FACSIMILE (650) 364-5297

SOUTHERN CALIFORNIA
LOS ANGELES OFFICE
T: (213) 223-2279

Henry D. Rome
Glenn D. Martin§
Shawn M. Ridley
Todd H. Master
Vanthara Meak‡
Jane B. Yee
Trina M. Clayton
Ryan Kujawski
Melissa M. Holmes
Lisa K. Rauch
Rodrigo E. Salas

Of Counsel:
Joseph C. Howard, Jr.
Eric D. Bergstrom

‡ Also Licensed in Missouri

December 22, 2014

**VIA EFILING**

Magistrate Judge Laurel Beeler
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

    Re:   *Narog v. City of Redwood City, et al.*
           Case No.: C13-3237 DMR
           Request to Excuse Defendant Officers from
           January 23, 2015 Settlement Conference

Dear Judge Beeler:

    Pursuant to your Notice and Order re Settlement Conference, the City of Redwood City respectfully requests that the four defendant officers be excused from attending the January 23, 2015 Continued Settlement Conference. The officers' attendance is not necessary because they do not have decision-making authority regarding settlement. Michael Leon Guerrero, the Assistant City Attorney for the City of Redwood City, will attend the conference and has settlement authority.

    The defendant officers attended the initial settlement conference on December 8, 2014. It would be an unnecessary burden and expense to require attendance. One of the officers is retired and lives in Alabama. Moreover, it would be a burden for the City to have the three other officer defendants take the day off to attend the conference.

    Plaintiff will not oppose this application.

                         Respectfully submitted,

                         /s/ Melissa M. Holmes

                         Melissa M. Holmes
                         Attorneys for Defendants

Dated: January 3, 2015


APPROVED
Judge Laurel Beeler