

# JIVAKA CANDAPPA
ATTORNEY AT LAW

739 East Walnut Street, Suite 204
Pasadena, CA 91101

T  626 345 5334
jcandappa@candappalaw.com

January 21, 2015

Hon. Laurel Beeler, U.S. Magistrate
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom C - 15th Floor
San Francisco, CA 94102

      Re.   *Coy Narog v. City of Redwood City et al.*
            Case No: C13-3237 DMR (LB)
            Request to Continue Settlement Conference

Your Honor:

      Plaintiff Cory Narog and his counsel respectfully request the Court to continue the settlement conference currently scheduled for January 23, 2015, to February 6, 2015. Mr. Narog woke up this morning suffering from flu-like symptoms and it is unlikely that he will recover by the 23rd. Additionally, given the likelihood that Mr. Narog is suffering from a viral infection, Plaintiff's counsel would prefer that the settlement conference be continued for a couple of weeks.

      Counsel for the parties have met and conferred on this matter and are available on February 6, 2015, if the Court's schedule so permits. Defendants do not object to continuing the settlement conference on the basis of Plaintiff's request.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Jivaka Candappa | /s/ Melissa M. Holmes |
| Jivaka Candappa | Melissa M. Holmes |
| Attorney for Plaintiff Cory Narog | Attorney for City of Redwood City Defendants |

```
The Settlement Conference is reset to February 6, 2015 at 10:00 a.m.

Dated: January 22, 2015
```



APPROVED
Judge Laurel Beeler