# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY NAROG,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF REDWOOD CITY, OFFICER FIGUEROA (#387), OFFICER FALJEAN (#309), OFFICER GARY, DOE 1 through DOE 40, in their official and individual capacities,<br><br>    Defendants. | Case No. C13-3237 DMR<br><br>[~~PROPOSED~~] **ORDER CONTINUING THE HEARING DATE ON JIVAKA CANDAPPA'S MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**<br><br>Judge: Hon. Donna M. Ryu<br>Location: 1301 Clay Street, Oakland, CA<br>Courtroom: 4, 3rd Floor,<br><br>Complaint Filed: July 12, 2013 |

This matter is before the Court upon motion by Plaintiff pursuant to Civil Local Rule 7-11 to continue the hearing date on Plaintiff's Counsel's Motion to Withdraw. Good cause having been shown, the motion is GRANTED.

The hearing date is continued to the following date and time: March 20, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 13, 2015

_____
HON. DONNA M. RYU
United States Magistrate

---

[~~PROPOSED~~] ORDER                               *Cory Narog vs. City of Redwood et al.*
                                                    Case No. C13-3237 DMR