JIVAKA CANDAPPA (SBN 225919)
739 East Walnut Street, Suite 204
Pasadena, CA 91101
Telephone: (626) 345-5334
jcandappa@candappalaw.com
Attorney for Plaintiff CORY NAROG

JOSEPH C. HOWARD, JR. [SBN. 050784]
jhoward@hrmrlaw.com
TODD H. MASTER [SBN. 185881]
tmaster@hrmrlaw.com
MELISSA HOLMES (SBN 220961)
mholmes@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone:    (650) 365-7715
Facsimile:    (650) 364-5297
Attorneys for Defendants
CITY OF REDWOOD CITY, KENNETH FALJEAN,
JOHN PAUL GARY, VICTOR F. FIGUEROA,
ASHLEY OSBORNE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| CORY NAROG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF REDWOOD CITY, et al.,<br><br>　　　　Defendants. | Case No. C 13-3237 DMR<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br>[FRCP 41 (a) (1)] |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by Plaintiff CORY NAROG Defendants CITY OF REDWOOD CITY, KENNETH FALJEAN, JOHN PAUL GARY, VICTOR F. FIGUEROA, and ASHLEY OSBORNE, and all others is dismissed in

1

---

STIPULATION OF DISMISSAL AND ORDER [FRCP 41 (a) (1)]　　　　Case No. C 13-3237 DMR

its entirety with prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

Dated: March 31, 2015          By: _____
                                    CORY NAROG, Plaintiff

Dated: March 31, 2015          By: _____
                                    Jivaka Candappa
                                    Attorney for Plaintiff
                                    CORY NAROG

Dated: March 31, 2015          By: _____
                                    Todd H. Master
                                    Melissa M. Holmes
                                    Attorneys for Defendants
                                    CITY OF REDWOOD CITY,
                                    KENNETH FALJEAN, JOHN PAUL
                                    GARY, VICTOR F. FIGUEROA, and
                                    ASHLEY OSBORNE

## ORDER

This Stipulation of Dismissal is hereby adopted by the Court and, as such, this matter is dismissed in its entirety with prejudice.

Dated: March 31, 2015          _____
                                    HON. DONNA M. RYU
                                    United States Magistrate Judge

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CA 94061-3436
TELEPHONE: (650) 365-7715