UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORY NAROG,

                Plaintiff,

    v.

CITY OF REDWOOD CITY, et al.,

           Defendants.

Case No.  13-cv-03237-DMR

**ORDER**

The parties have attended three settlement conferences before Judge Beeler.  The first settlement conference, held on December 8, 2014, lasted seven hours and thirty minutes.  *See* Docket No. 88.  The second settlement conference, held on February 6, 2015, lasted five hours.  *See* Docket No. 98.  The parties attended a third settlement conference before Judge Beeler on March 31, 2015, during which the case settled.  *See* Docket No. 115.  The settlement conference was attended by all parties and counsel.  It lasted five hours.  At the conclusion, the parties indicated that they reached a full settlement and submitted a stipulated dismissal with prejudice, which this court signed.  Docket Nos. 113, 114.  All parties signed the settlement agreement.

Plaintiff has now filed an "Opposition," stating that Plaintiff "disput[es] the settlement conference" because he was "intimidated and coerced into signing a [settlement] against his best interest," "unable to make any decisions because of the medications and disabilities [he] was enduring at the time," and "prevented from consulting with another person for advice and . . . denied additional time to review the documents and terms."  Docket No. 116.

Prior to the settlement conference, on March 20, 2015, this court conducted an *ex parte* hearing on a motion by Plaintiff's counsel to withdraw from this case.  Plaintiff and his counsel, but no other parties or counsel, attended the *ex parte* hearing.  Without revealing the contents of

United States District Court
Northern District of California

that hearing, based on repeated remarks by Plaintiff, this court is convinced that Plaintiff had full confidence in his counsel.

Under these circumstances, Plaintiff's assertions that he was pressured to sign the settlement agreement without being able to fully consider his options are unavailaing.  The case has been settled and dismissed with prejudice; a subsequent change of mind does not alter this outcome.  The case is closed.

**IT IS SO ORDERED.**

Dated: April 7, 2015

_____
                    Donna M. Ryu
             United States Magistrate Judge