UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY NAROG,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF REDWOOD CITY, et al.,<br><br>  Defendants. | Case No. 13-cv-03237-DMR<br><br>**ORDER TO SHOW CAUSE; ORDER VACATING HEARING DATE ON MOTION TO STRIKE**<br><br>Re: Dkt. No. 123 |

Plaintiff's opposition to Defendants' motion to strike (Docket No. 123) was due on May 7, 2015. To date, no opposition has been filed. By **May 15, 2015**, Plaintiff is ordered to show cause for his failure to timely file an opposition, and simultaneously file either (1) a statement of non-opposition pursuant to Civil Local Rule 7-3(b) or (2) his opposition to the motion. Failure to respond to this order may result in the court granting Defendants' motion.

The previously-scheduled May 28, 2015 hearing date on the motion is hereby **vacated**.

The court notes that this case was closed on March 31, 2015. At that time, Plaintiff was represented by counsel. Plaintiff's counsel shall ensure that Plaintiff has received a copy of this order, as well as Defendant's motion.

**IT IS SO ORDERED.**

Dated: May 8, 2015

_____
Donna M. Ryu
United States Magistrate Judge