UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY NAROG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF REDWOOD CITY, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-03237-DMR<br><br>**ORDER**<br><br>Re: Dkt. Nos. 123, 124 |

　　Defendants filed a motion to strike on April 23, 2015. [Docket No. 123.] Plaintiff's response was due on May 7, 2015, but Plaintiff did not file an opposition by that date. The court issued an order requiring Plaintiff to show cause for his failure to oppose the motion, and to simultaneously file any opposition. [Docket No. 124.] Plaintiff has filed a response to the order to show cause as well as his opposition to the motion. [Docket No. 124.] Defendants' reply, if any, is due on **May 20, 2015.**

　　The court finds that the motion is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). A written order will follow.

　　Immediately upon receipt of this order, Plaintiff's counsel shall ensure that Plaintiff has received a copy.

**IT IS SO ORDERED.**

Dated: May 13, 2015

_____
　　　　　　　　Donna M. Ryu
　　　　　United States Magistrate Judge